UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANTSY LABS, LLC et al., :
:
:
Plaintiffs, :
: 21-CV-7809 (JMF)
-v- :
: ORDER
:
THE INDIVIDUALS, CORPORATIONS, LIMITED :
LIABILITY COMPANIES, PARTNERSHIPS, AND :
UNINCORPORATED ASSOCIATIONS :
IDENTIFIED ON SCHEDULE A HERETO, :
:
Defendants. :
:
------------------------------------------------------------------ :
X

JESSE M. FURMAN, United States District Judge:

    There is a default judgment hearing in this case scheduled for December 16, 2021. For the reasons discussed on the record during the conference November 23, 2021, in case number 21-CV-6646, the conference in the above-captioned case is hereby ADJOURNED to January 7, 2022, at 2:00 p.m. It is further ORDERED that, no later than **December 17, 2021**, Plaintiffs shall file supplemental submissions in support of their motion for default judgment addressing the issues raised in the conference in case number 21-CV-6646, including but not limited to the appropriate amount of statutory damages and the status of the non-defaulting defendants.

    It is further ORDERED that Plaintiffs serve Defendants with a copy of this Order **within one business day of the date of this order**. Such service shall be made consistent with the methods of service ordered by the Court in its September 23, 2021 Order. *See* ECF No. 14, at 7-8 ¶ 5. Plaintiff shall also file proof of such service on the docket **within two business days of service**.

    SO ORDERED.

Dated: December 13, 2021
      New York, New York

                                                JESSE M. FURMAN
                                           United States District Judge